PAUL VAZZANO ET AL. *v.* ZONING COMMISSION OF
THE CITY OF BRIDGEPORT ET AL.
(9373)

SPALLONE, NORCOTT and LAVERY, Js.

Argued May 3—decision released May 28, 1991

*Kathryn L. Braun,* with whom, on the brief, were
*Laurence V. Parnoff* and *David A. Scalzi,* for the appellants (plaintiffs).

*Barbara Brazzel-Massaro,* city attorney, filed a brief
for the appellees (defendants). .

PER CURIAM. The judgment is affirmed.